UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| AARON BELLAMY, | : | |
| | : | Civil Action No. 13-7783(NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| J. HOLLINGSWORTH, et al., | : | |
| | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   21st   day of   February  , 2014,

ORDERED that the Petition for writ of habeas corpus is DENIED; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

At Camden, New Jersey

　　　　　　　　　　　　　　　　　　*s/Noel L. Hillman*
　　　　　　　　　　　　　　　　　　Noel L. Hillman
　　　　　　　　　　　　　　　　　　United States District Judge